IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:18-CR-11-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL OJAY BRANCH | ) | |

This cause comes before the Court on defendant's timely motion to correct his sentence under Federal Rule of Criminal Procedure 35(b). [DE 43]. In particular, defendant requests that the Court clarify its judgment [DE 39] to better reflect the sentence imposed by the Court. For good cause shown, the Clerk is DIRECTED to replace "Counts 1 and 2 – 20 years per count – concurrent." with "Counts 1 and 2 – 20 years per count – concurrent to each other. This entire 20-year, concurrent, federal custodial sentence shall run concurrent to the remainder of the undischarged term of imprisonment in Mr. Branch's North Carolina felony conviction for Second Degree Murder, Case Number 17 CRS 50411, Martin County Superior Court, Williamston, NC, imposed on 09/10/2018."

SO ORDERED, this 13 day of December, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE